### THE MINNESOTA VALLEY R. R. Co.

#### *vs.*

### MICHAEL DORAN.

When an appeal is taken from an order denying a motion for a new trial, and a separate appeal is taken from a judgment in the same case entered subsequent to the denial of the new trial; if the order denying a new trial is reversed by this court for error on the trial in the case below, the judgment will be vacated of course, in the absence of special reason for permitting it to stand as security, or otherwise.

A full statement is made in this case on the appeal from an order denying a motion for a new trial. (See statement preceding last opinion.) After judgment was entered upon the verdict, the plaintiff made a motion to set aside the judgment, and all subsequent proceedings, which was denied, and it appeals from the order denying the same to this court.

SWAN & BANGS for Appellant.

CALDWELL & SEVERANCE and BRISBIN & PALMER for Respondent.

*By the Court.*—MCMILLAN, J.—This is an appeal from an order denying a motion to set aside a judgment, and all subsequent proceedings.

The cause has already been before us on an appeal from an order denying a motion for a new trial. Both appeals having been submitted together, we have arrived at the conclusion that the order denying a new trial must be reversed,

and a new trial granted, for error occuring on the trial in the court below.   It follows from the conclusion in that case that the judgment, and all subsequent proceedings should be set aside, and vacated.   It is unnecessary for us, therefore, to consider the questions raised upon the appeal in this case.

Order reversed, and judgment, and all subsequent proceedings, vacated and set aside.